# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

|                          |                              |
|--------------------------|------------------------------|
|                 Plaintiff, | Case No.   24-cr-02030-AJB-1 |
| vs.                      |                              |
| Jacob Anthony Zavala Teamer | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
|                 , Defendant. |                          |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:   1/22/2026

Hon. Jill L. Burkhardt
United States Magistrate Judge